**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **GEOGRAPHIC LOCATION INNOVATIONS LLC,** § § § | |
| Plaintiff, § § | Case No: 2:21-cv-00622-JLR |
| vs. § § § | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| **MATTRESS DEPOT USA, INC.,** § § | |
| Defendant. § § | Note for Consideration: June 24, 2021 |

Plaintiff Geographic Location Innovations, LLC and Defendant Mattress Depot USA, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice, and all claims asserted by Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: June 24, 2021 | Respectfully submitted, |
| | */s/Brian Holloway* |
| | **BRIAN HOLLOWAY** |
| | **Washington State Bar: 57100** |
| | **HOLLOWAY IP** |
| | 5544 25th Avenue NE |
| | Seattle, WA 98105 |
| | 323-616-3666 |
| | brian@hollowayip.org |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | |
| | **FISH & RICHARDSON P.C.** |
| | |
| | By : */s/Neil J. McNabnay* |
| | Neil J. McNabnay (*pro hac vice* pending) |
| | Texas Bar No. 24002583 |
| | mcnabnay@fr.com |
| | Ricardo J. Bonilla (*pro hac vice* pending) |
| | Texas Bar No. 24082704 |
| | rbonilla@fr.com |
| | Rodeen Talebi (*pro hac vice* pending) |
| | Texas Bar No. 24103958 |
| | talebi@fr.com |
| | Sarika N. Patel (*pro hac vice* pending) |
| | Texas Bar No. 24073520 |
| | patel@fr.com |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 – Telephone |
| | (214) 747-2091 – Facsimile |
| | |
| | **KING IP LAW** |
| | |
| | Joshua King, WSBA No. 22,244 |
| | Attorney for Defendant |
| | jking@king-iplaw.com |
| | P.O. Box 50205 |
| | Bellevue, WA 98015-0205 |
| | Telephone: 425-922-4290 |
| | Facsimile: 425-642-8111 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Brian Holloway*
**BRIAN HOLLOWAY**

SO ORDERED this _____ day of _____, 2021.

_____
**Honorable James L. Robart**