IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>MATTRESS DEPOT USA, INC.,<br><br>　　Defendant. | Case No: 2:21-cv-00622-JLR<br><br>[~~PROPOSED~~]<br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

On this date came on to be heard the Parties Stipulation and Order of Dismissal with Prejudice, and the Court having considered same, is of the opinion that the Stipulation should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims asserted by the Plaintiff in this Action are dismissed with prejudice, and all claims asserted by Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed. This Stipulation and Order shall finally resolve the Action between the parties.

Presented by:

*/s/Brian Holloway*

**BRIAN HOLLOWAY**
**Washington State Bar: 57100**
**HOLLOWAY IP**
5544 25th Avenue NE
Seattle, WA 98105
323-616-3666
brian@hollowayip.org

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

By : */s/Neil J. McNabnay*
Neil J. McNabnay (*pro hac vice* pending)
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* pending)
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi (*pro hac vice* pending)
Texas Bar No. 24103958
talebi@fr.com
Sarika N. Patel (*pro hac vice* pending)
Texas Bar No. 24073520
patel@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 – Telephone
(214) 747-2091 – Facsimile

**KING IP LAW**

Joshua King, WSBA No. 22,244
Attorney for Defendant
jking@king-iplaw.com
P.O. Box 50205
Bellevue, WA 98015-0205
Telephone: 425-922-4290
Facsimile: 425-642-8111

**ATTORNEYS FOR DEFENDANT**

1
2   SO ORDERED this 25th day of June, 2021.
3
4
5   _____
6   **Honorable James L. Robart**
    **UNITED STATES DISTRICT JUDGE**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28